RUTH A. KNIGHT, Respondent, *v.* WILLARD R. KNIGHT et al., Defendants. UNITED STATES OF AMERICA, Intervener, Appellant.

Argued March 18, 1948; decided April 22, 1948.

*James F. X. McGohey,* United States Attorney for the Southern District of New York (*Nathan Skolnik* of counsel), for intervener, appellant.

*Louis L. Garrell, Max Chopnick* and *S. Leonard Wall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.